ORIGINAL

Summons (Rev. 03/18)

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
09/30/2022
CENTRAL DISTRICT OF CALIFORNIA
BY:     AP     DEPUTY
```

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 5:22-mj-00584-DUTY |
| | ) | |
| ABDUL RAHMAN | ) | |
| | ) | **SUMMONS TO APPEAR** |
| | ) | |

**TO:**  Abdul Rahman
160 Outwest
Irvine, CA 92618

You are hereby summoned to appear before the United States District Court for the Central District of California at the **George E. Brown, Jr. Federal Building and United States Courthouse, Courtroom 4, 3470 Twelfth Street Riverside, CA 92501-3801** before the Duty Magistrate Judge in the city of Riverside on the **9th day of November, 2022 at 2:00 p.m.** to answer to a Complaint.

SEE ATTACHED.

Dated: September 26, 2022                           CLERK U.S. DISTRICT COURT

By _Andres Pedro_
Deputy Clerk



## RETURN

This summon was received by me at _160 Outwest, Irvine, CA 92618_ on _9/29/22_.

_RahmanAbdul_,
Abdul Rahman
Defendant

Note:   IF YOU HAVE NOT RETAINED AN ATTORNEY, PLEASE CONTACT THE FEDERAL PUBLIC DEFENDER'S OFFICE AT (213) 894-2854.