Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.



F I L E D
CLERK, U.S. DISTRICT COURT
11/8/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ram  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA   5:22-CR-00235-JGB

UNITED STATES OF AMERICA
V.
Trisha Denise Meyer
USMS# _____
PLAINTIFF
DEFENDANT

CASE NUMBER: 5:22-mj-00584-DUTY-1

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **November 8** at **8:30** ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   violation of 16 USC 1538(a)(1)(E), 1540(b)(1), 18 USC 2(b), ESA violations/Trafficking

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: Alex Kessel     Just email: alexrkessel@gmail.com
                                 Phone Number: 818-995-1422

9. Name of Pretrial Services Officer notified: DiNisha

10. Remarks (if any): _____

11. Name: Ed Nieves (please print)

12. Office Phone Number: 310-612-4744     13. Agency: DOI USFWS

14. Signature: _____     15. Date: 11/8/22

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION