E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (Cal. Bar. No. 144524)
Senior Trial Attorney
Environmental Crimes and Consumer Protection Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4536
    Facsimile: (213) 894-0141
    E-mail:    joseph.johns@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>          v.<br><br>ABDUL RAHMAN,<br><br>        Defendant. | Case No. 22-CR-00235-JGB<br><br>GOVERNMENT'S POSITIONS REGARDING THE PRESENTENCE REPORT AND SENTENCING FOR DEFENDANT ABDUL RAHMAN<br><br>Hearing Date: July 10, 2023<br>Trial Time:   2:00 p.m.<br>Location:    Courtroom of the<br>           Hon. Jesus G. Bernal |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Senior Trial Attorney Joseph O. Johns, hereby submits the Government's Positions Regarding the Presentence Report and Sentencing for ABDUL RAHMAN.

//

//

1      This pleading is based upon the attached memorandum of points

2 and authorities, the files and records in this case, and such further

3 evidence and argument as the Court may permit or require.

4 Dated: July 5, 2023                Respectfully submitted,

5                                     E. MARTIN ESTRADA
                                      United States Attorney
6
                                      MACK E. JENKINS
7                                     Assistant United States Attorney
                                      Chief, Criminal Division
8

9                                           /s/
                                      _____
10                                    JOSEPH O. JOHNS
                                      Senior Trial Attorney
11
                                      Attorneys for Plaintiff
12                                    UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.    INTRODUCTION**

On April 14, 2023, defendant ABDUL RAHMAN ("defendant") pled guilty to Count One of the four-count Indictment, which charged defendant with Interstate Transportation of an Endangered Species in the Course of Commercial Activity, a Class A misdemeanor offense in violation of 16 U.S.C. §§ 1538(a)(1)(E), 1540(b)(1).

In its presentence report ("PSR"), the United States Probation Office ("USPO") determined that defendant ABDUL RAHMAN has an offense level of 10, a criminal history category of II, with a resulting advisory guideline sentencing range of 8 to 12 months in prison.  The USPO's disclosed sentencing recommendation determined that defendant should be sentenced to eight months in prison, fined $4,000, and ordered to pay joint and several restitution to the Lions, Tigers, and Bears wildlife sanctuary in the amount of $30,000 while on supervised release for a period of one year.

When balanced against the nature and circumstances of the offense, the government does not believe that the history and characteristics of the defendant require or support a term of imprisonment for defendant.  The government also does not believe that defendant should be sentenced to pay a criminal fine in this matter, but instead should be ordered to focus upon satisfaction of the $30,000 term of restitution agreed to in the parties' plea agreement.

II.   **GOVERNMENT'S POSITION REGARDING PRESENCENCE REPORT**

   A.   **Statement of Facts**

   The government has no objections to the statement of facts set forth in the presentence report.

   B.   **Guidelines Calculations**

   The government has no objection to the United States Sentencing Guidelines calculations set forth in the presentence report.

III. **GOVERNMENT'S POSITION REGARDING SENTENCING**

   Although the matter before the Court presents an example of a serious, interstate wildlife trafficking offense involving a baby endangered species jaguar, the government concludes that the history and characteristics of the defendant and the needs of the defendant do not support a guideline sentencing range of 8 to 12 months in prison.  Beginning with the defendant's experiences in Pakistan and the United States as a child, and concluding with his immediate confession in this case and current mental/emotional issues, the government submits that restitution and probation are sufficient for the sentence in this case to reflect the important 18 U.S.C. § 3553(a) factors requiring the sentence imposed: (1) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (2) to afford adequate deterrence to criminal conduct; (3) to protect the public from further crimes of the defendant; and (4) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

   The investigation in this case spanned nearly 19 months from the September 17, 2021, date that the baby jaguar was abandoned on the doorstep to the Lions, Tigers, and Bears wildlife sanctuary in San

Diego, California, until the date of indictment.  During the

investigation, the government identified, tracked down, and

interviewed approximately ten individuals related to the illegal sale

and transportation of the endangered species jaguar in this case.

Defendant was the first and only individual that was willing to be

truthful with the government during its investigation.  Every other

witness and subject initially lied to the government about their

conduct, observations, and discussions.  Most of these other

subjects, targets, and witnesses persisted in their lies and

omissions until confronted with conflicting evidence.  Some continue

to lie to the government.  In sharp contrast, defendant chose to

confess during his very first contact with law enforcement officials

in this matter.

During that initial interview and during the presentence report

investigation, it became abundantly clear that defendant is suffering

from untreated mental/emotional issues, including diagnosed

schizophrenia.  As a consequence of defendant's immediate willingness

to confess his criminal involvement in this case, his immediate

willingness to plead guilty to Count One of the Indictment and to

accept responsibility for his conduct, his willingness to pay joint

and several restitution in the amount of $30,000, and his ongoing

mental/emotion issues, the government does not recommend a term of

imprisonment for him in this particular matter.

IV.  **CONCLUSION**

For the foregoing reasons, the government respectfully requests

that this Court order defendant RAHMAN to serve an appropriate term

of probation for his criminal conduct in this matter.  While on

probation, the government recommends that defendant be ordered to pay

a special assessment of $25 and joint and several restitution in the amount of $30,000.