CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
YOUNG J. KIM (Bar No. 264195)
Deputy Federal Public Defender
(E-Mail: Young_Kim@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
ABDUL RAHMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABDUL RAHMAN,<br><br>　　　　Defendant. | Case No. ED CR 22-235-JGB<br><br>**DEFENDANT'S SENTENCING POSITION**<br><br>Sentencing Date: July 10, 2023<br>Sentencing Time: 2:00 p.m. |

## I. INTRODUCTION

On April 14, 2023, Mr. Rahman pled guilty to Count One of the Indictment, which charged him with interstate transportation of an endangered species, a Class-A misdemeanor, in violation of 16 U.S.C. §§ 1538(a)(1)(E), and 1540(b)(1). Mr. Rahman entered his plea pursuant to a written plea agreement ("Plea Agreement") in which the parties stipulated to an offense level of 10 under the United States Sentencing Guidelines (the "Guidelines") after acceptance of responsibility. The parties, however, reserved the right to argue for a sentence outside the Guidelines range.

In its Presentence Investigation Report ("PSR"), the United States Probation

Office (the "Probation Office") places Mr. Rahman in Criminal History Category II with three criminal history point and calculates the total offense level as 10. PSR, ¶¶ 37, 45. Thus, an offense level of 10 and a criminal history category of II yields an advisory guideline range of 8 to 14 months in prison. Mr. Rahman does not dispute the calculation of his Criminal History Category or the offense level.

Mr. Rahman respectfully requests that the Court grant a downward variance from the applicable Sentencing Guidelines range based on the sentencing factors enumerated in 18 U.S.C. § 3553(a). Mr. Rahman asks this Court to sentence of him to 12 months of probation. A below-guidelines sentence of 12 months of probation is significant punishment for a young man who has almost no prior criminal history, never been in prison, and who has been suffering from schizophrenia for the past three years which has had a devasting impact on his life.

## II. DISCUSSION

### A. 3553 Factors

Taking into account all of the sentencing factors under 18 U.S.C. § 3553, as outlined in *United States v. Booker*, 543 U.S. 220 (2005), Mr. Rahman contends that a sentence of 12 months of probation, is sufficient but no greater than necessary to achieve the goals of sentencing.

#### 1. Personal History and Characteristics

Mr. Rahman was born in 1988 in Pakistan to Abdul Razaq and Fiaza Razaq. Mr. Rahman is the oldest of five children born to the couple. Mr. Rahman's parents brought him and his siblings to the United States when he was six years old. He is a Deferred Action for Childhood Arrivals ("DACA") recipient. His father supported the family by running a tobacco shop. All of the kids were forced to work at the tobacco shop from an early age. Due to financial mismanagement, Abdul Razaq lost the tobacco shop and the family home. Mr. Rahman's father abandoned the family and returned to Pakistan.

After they were abandoned, Mr. Rahman had to be the man of the house. He worked at several gas stations and a deli for minimum wage to support his mother and

his younger siblings. Mr. Rahman eventually started his own business and found financial success. He accumulated luxury items and gave gifts to his family that they could not afford while they were young and poor. It was during this time of excessive spending that he got involved in this case. During the time of this offense, Mr. Rahman was also suffering from undiagnosed mental health issues.

Mr. Rahman's mental health had been deteriorating for some time but he didn't get diagnosed until February of 2022 when he was admitted to a mental hospital. While at the hospital, Mr. Rahman was diagnosed with schizophrenia. Due to his mental illness, Mr. Rahman has lost everything he has accumulated since he started his own business in 2013. He lost his house, his marriage fell apart and he is back living with his mother.

Mr. Rahman's mental illness also makes him more vulnerable to abuse and assaults while in custody. A custody sentence in this case would be a harsher punishment for Mr. Rahman then for a similarly situated defendant who is not suffering from schizophrenia. Further, Mr. Rahman has been on pretrial release since November 9, 2022 without a single violation.

### III. CONCLUSION

For the reasons stated above, Mr. Rahman requests that the Court sentence him to 12 months of probation.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 5, 2023        By /s/ Young J. Kim
                              YOUNG J. KIM
                              Deputy Federal Public Defender

3

# PROOF OF SERVICE

I, **Kimberly Lopez**, declare that I am a resident or employed in Riverside County, California; that my business address is the Office of the Federal Public Defender, 3801 University Avenue, Suite 700, Riverside, California 92501, (951) 276-6346; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **DEFENDANT'S SENTENCING POSITION** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ X ] via E-Mail addressed as follows: |
|---|---|---|---|

**AMBER DODSON**
USPO
Amber_Dodson@cacp.uscourts.gov

This proof of service is executed at Riverside, California, on **July 5, 2023.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
**KIMBERLY LOPEZ**