E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (Cal. Bar No. 144524)
Senior Trial Attorney
Environmental Crimes & Consumer Protection Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4536
    Facsimile: (213) 534-4300
    E-mail:    joseph.johns@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:22-CR-00235-JGB |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING DATE |
| v. | **CURRENT SENTENCING DATE: 6-3-2024** |
| TRISHA DENISE MEYER, | |
| Defendant. | **[PROPOSED] SENTENCING DATE: 11-4-2024** |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Senior Trial Attorney Joseph O. Johns, and defendant TRISHA DENISE MEYER ("defendant"), by and through her counsel of record, Alex Kessel, Esq., hereby stipulate as follows:

    1.    The indictment in this case was filed on October 5, 2022.

    2.    On or about June 5, 2023, defendant entered into a plea agreement with the government that provided, among other things, that defendant would cooperate with the United States Attorney's

Office and the United States Fish and Wildlife Service in this, and other related, criminal matters.

3. On June 5, 2023, pursuant to her plea agreement with the government, defendant entered a guilty plea to Count 4 of the indictment. After accepting defendant's plea, the Court set a sentencing hearing date of December 4, 2023, at 2:00 p.m.

4. Thereafter, the parties requested that the Court continue defendant's December 4, 2023 sentencing hearing to June 3, 2024 for the purpose of permitting the defendant an opportunity to provide substantial assistance to the government in ongoing criminal investigations.

5. As of the date of this stipulation and request, defendant continues to assist the United States Fish and Wildlife Service in multiple ongoing investigations outside of this judicial district.

6. In order to facilitate any ongoing and future cooperation activities and/or future testimony by defendant in other judicial districts, and for the government, thereafter, to evaluate defendant's cooperation activities and to determine whether and to

//

//

//

what extent to seek a reduced sentence pursuant to United States Sentencing Guidelines Section 5K1.1, the parties hereby stipulate to an order for the Court continuing the sentencing hearing for defendant from June 3, 2024, to November 4, 2024.

    IT IS SO STIPULATED.

Dated: May 29, 2024

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

      /s/
JOSEPH O. JOHNS
Senior Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated:  May 29, 2024

      /s/
ALEX KESSEL
Attorney for Defendant
Trisha Denise Meyer

[Digital signature entered per authorization of the law offices of attorney AK granted telephonically on 5/29/24]