E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (Cal. Bar No. 144524)
Senior Trial Attorney
Environmental Crimes & Consumer Protection Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4536
    Facsimile: (213) 534-4300
    E-mail:    joseph.johns@usdoj.gov

cc: USPO

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:22-CR-00235-JGB-1 |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING DATE |
| v. | **CURRENT SENTENCING DATE: 6-3-2024** |
| TRISHA DENISE MEYER, | **NEW SENTENCING DATE: 11-4-2024** |
| Defendant. | |

    The Court has read and considered the Stipulation Regarding Request for Continuance of Sentencing Date in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the present sentencing date.

    THEREFORE, FOR GOOD CAUSE SHOWN:

    1. The sentencing in this matter shall be continued from June 3, 2024, to November 4, 2024, at 2:00 p.m.

    2. Defendant TRISHA DENISE MEYER shall appear in Courtroom 1 of the George E. Brown, Jr. Federal Building and United States

Courthouse, 3470 Twelfth Street, Riverside, California on November 4, 2024, at 2:00 p.m. for sentencing.

IT IS SO ORDERED.

May 31, 2024
DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JOSEPH O. JOHNS
Senior Trial Attorney